# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 8:26-cv-02096-JDE | Date | November 12, 2026 |
| Title | Joshua Aragon v. Experian Info. Solutions, Inc., et al. | | |

| | |
|---|---|
| Present: The Honorable | John D. Early, United States Magistrate Judge |

| | |
|---|---|
| Amber Rodriguez | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| n/a | n/a |

**Proceedings:** (In Chambers) Order to Show Cause re Failure to Prosecute

Joshua Aragon ("Plaintiff") filed the Complaint in this action on August 4, 2026, naming three defendants, Experian Information Solutions, Inc. ("Experian"), Transunion, LLC ("Transunion"), and Mercury Financial LLC ("Mercury"). Dkt. 1 ("Complaint"). Transunion filed its Answer to the Complaint on October 9, 2026, and Mercury was dismissed from the action on October 20, 2027. Dkt. 18, 21. On October 9, 2026, Plaintiff and Experian entered a stipulation extending Experian's time to answer or otherwise respond to the Complaint to November 9, 2026. Dkt. 20. Experian did not answer or otherwise respond to the Complaint by November 9, 2026.

Plaintiff has an obligation to prosecute this action in a timely manner. See generally Fed. R. Civ. P. 1, 41(b). As a result, Plaintiff is ORDERED TO SHOW CAUSE in writing within 14 days from the date of this Order why this action should not be dismissed as to Experian for failure to prosecute for Plaintiff's failure to seek entry of a default against Experian. Plaintiff may comply with this Order by filing, within 14 days: (1) a fully supported request for entry of default against Experian; or (2) a Notice of Dismissal as to Experian. Further, if Experian files an Answer or other appropriate response to the Complaint within 14 days, Plaintiff need take no further action as to comply with this Order.

Failure to file a timely, complaint response required by this Order may result in an order of dismissal of Experian for failure to prosecute under Rule 41(b)(1) without further notice.

IT IS SO ORDERED.

Initials of Courtroom Deputy: ARO